■ J.M. Braun Builders, Inc., et al., Appellants, v Maryland Casualty Company et al., Respondents, et al., Defendants. (Appeal No. 2.)—Order insofar as appealed from unanimously affirmed without costs. Same memorandum as in *Braun Bldrs. v Maryland Cas. Co.* ([appeal No. 1] 152 AD2d 963). (Appeal from order of Supreme Court, Erie County, Rath, J.—selection of counsel.) Present—Dillon, P. J., Callahan, Denman, Green and Pine, JJ.